IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUSNAK, *et al.*,<br><br>    *Plaintiffs*,<br>v.<br><br>THE UNITED STATES OF AMERICA, *et al.*,<br><br>    *Defendants*. | Case No. 25-cv-292-LLA |
| CHRISTIE, *et al.*,<br><br>    Plaintiffs,<br>v.<br><br>THE UNITED STATES OF AMERICA, *et al.*,<br><br>    *Defendants*. | Case No. 25-cv-932-LLA |

## NOTICE OF APPEARANCE

Please enter the appearance of Sarah M. Suwanda, Trial Attorney for the U.S. Department of Justice, as appearing on behalf of all Defendants in the above-captioned matters. Please direct all communication regarding these cases to Ms. Suwanda's contact information listed below.

Dated: May 6, 2025                Respectfully Submitted,

                    YAAKOV M. ROTH
                    Acting Assistant Attorney General

                    ANDREW I. WARDEN
                    Assistant Director, Federal Programs Branch

1

/s/ Sarah M. Suwanda
SARAH M. SUWANDA
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Tel.: (202) 305-3196
Email: sarah.m.suwanda@usdoj.gov

*Counsel for Defendants*