IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EVLIS RUSNAK, *et al.*,<br><br>    *Plaintiffs*,<br>v.<br><br>THE UNITED STATES OF AMERICA, *et al.*,<br><br>    *Defendants*. | Case No. 25-cv-292-LLA |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendants—the United States of America; the U.S. Department of Justice; the Comptroller General of the United States Gene L. Dodaro, sued solely in his official capacity; and U.S. Victims of State Sponsored Terrorism Fund Special Master Mary Patrice Brown, sued solely in her official capacity—respectfully request that the Court dismiss Plaintiffs' Complaint in its entirety. The grounds for this request are set forth more fully in the accompanying memorandum of law. A proposed order is attached.

Dated: May 14, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director

*/s/ Sarah M. Suwanda*
SARAH M. SUWANDA
KERI L. BERMAN
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW

Washington, DC 20005
Phone: (202) 305-3196
Email: sarah.m.suwanda@usdoj.gov

*Counsel for Defendants*