**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| RUSNAK, *et al.*,<br><br>   *Plaintiffs*,<br> v.<br><br>THE UNITED STATES OF AMERICA, *et al.*,<br>   *Defendants*. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 25-CV-292-LLA<br>)<br>)<br>)<br>) |
| CHRISTIE, *et al.*,<br><br>   *Plaintiffs*,<br> v.<br><br>THE UNITED STATES OF AMERICA, *et al.*,<br>   *Defendants*. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 25-CV-932-LLA<br>)<br>)<br>)<br>) |

**NOTICE REGARDING DEFENDANTS' MOTION TO CONSOLIDATE BRIEFING**

  Pursuant to the Court's May 15, 2025 Minute Orders, Defendants hereby request the Court take notice that they do not intend to reply further and will rest on the positions and arguments put forward in their Motion to Consolidate Briefing, *Rusnak*, ECF No. 17; *Christie*, ECF No. 14. Defendants respectfully request that should the consolidation motion be granted, the Court strike Defendants' currently pending Motion to Dismiss in *Rusnak*, ECF No. 19, and establish a new deadline of June 16, 2025, for the filing of a consolidated motion to dismiss in *Rusnak v. United States*, 25-cv-292-LLA (D.D.C), and the related-case *Christie v. United States*, 25-cv-0932-LLA (D.D.C.), both pending before this Court.

Dated: May 19, 2025                    Respectfully Submitted,

                                                YAAKOV M. ROTH
Acting Assistant Attorney General

ANDREW I. WARDEN
Assistant Director, Federal Programs Branch

*/s/ Keri L. Berman*
SARAH SUWANDA
KERI L. BERMAN
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-7538
Fax: (202) 616-8470
Email: keri.l.berman@usdoj.gov

*Counsel for Defendants*