**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ELVIS RUSNAK, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) Civil Action No. 25-CV-292-LLA |
| THE UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule 83.6, please take notice of the withdrawal of the undersigned attorney, Anna Deffebach, as counsel for Defendant, as her employment with the Department of Justice is concluding. Defendant remains represented by other counsel from the U.S. Department of Justice, as reflected on the Court's docket.

Dated: October 14, 2025

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General

ANDREW I. WARDEN
Assistant Branch Director

*/s/  Anna Deffebach*
ANNA DEFFEBACH (D.C. Bar No. 241346)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-8356
Fax: (202) 616-8470
E-mail: Anna.L.Deffebach@usdoj.gov

*Counsel for Defendants*