**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ELVIS RUSNAK, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 25-CV-292-LLA |
| THE UNITED STATES OF AMERICA, et al., | ) ) ) |
| Defendants. | ) ) ) ) |

**PLAINTIFFS' MOTION TO ALTER OR AMEND THE JUDGMENT UNDER RULE 59**
**AND TO FILE AN AMENDED COMPLAINT UNDER RULE 15**

Plaintiffs respectfully request that the Court alter or amend its judgment under Rule 59(e)

of the Federal Rules of Civil Procedure to state that its judgment (ECF No. 32) dismissed Counts

I and II of the Complaint without prejudice.  Plaintiff further requests that this Court grant Plaintiff

leave to file an Amended Complaint under Rule 15(a)(2) of the Federal Rules of Civil Procedure.


Dated: April 20, 2026

Respectfully Submitted,
WILLIAMS & CONNOLLY LLP

/s/ F. Greg Bowman
F. Greg Bowman (D.C. Bar No. 486097)
Edward C. Reddington (D.C. Bar No. 463507)
680 Maine Avenue, SW
Washington, DC 20024
fbowman@wc.com
(202) 434-5000

*Attorneys for Plaintiffs*

## LOCAL RULE 7(m) CERTIFICATION

Pursuant to Local Rule 7(m), undersigned counsel discussed this motion with opposing counsel via email in a good-faith effort to determine whether there is any opposition to the relief sought and, if there is, to narrow the areas of disagreement.  Defendants' counsel has indicated that Defendants intend to oppose the relief sought by Plaintiffs.


/s/ F. Greg Bowman
F. Greg Bowman

*Attorney for Plaintiffs*