**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ELVIS RUSNAK, et al., | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 25-CV-292-LLA |
| | ) |
| THE UNITED STATES OF AMERICA, | ) |
| et al., | ) |
| Defendants. | ) |
| | ) |
| | ) |

## <u>NOTICE OF PROPOSED ORDER</u>

Plaintiffs hereby file a Proposed Order to accompany their Motion to Alter or Amend the

Judgment and to Amend the Complaint [33].

Respectfully Submitted,

Dated: April 24, 2026

WILLIAMS & CONNOLLY LLP

/s/ F. Greg Bowman
F. Greg Bowman (D.C. Bar No. 486097)
Edward C. Reddington (D.C. Bar No. 463507)
680 Maine Avenue, SW
Washington, DC 20024
fbowman@wc.com
(202) 434-5000

*Attorneys for Plaintiffs*