**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ELVIS RUSNAK, et al., | ) |
|  | ) |
|  | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 25-CV-292-LLA |
|  | ) |
| THE UNITED STATES OF AMERICA, et al., | ) |
|  | ) |
| Defendants. | ) |
|  | ) |
|  | ) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion to Alter or Amend the Judgment and Motion for Leave to File an Amended Complaint [33] it is hereby

**ORDERED** that Plaintiffs' Motion to Alter or Amend the Judgment under Rule 59(e) is **GRANTED**; it is further

**ORDERED** that Plaintiffs' Motion for Leave to File an Amended Complaint is hereby **GRANTED**.  The clerk shall docket Plaintiffs' Amended Complaint [33-2]; and it is further

**ORDERED** that Counts I, II, III, and VI of the Amended Complaint are dismissed **without prejudice**, and Counts IV and V of the Amended Complaint are dismissed **with prejudice** for the reasons stated in the Court's Memorandum Opinion [31] dated March 24, 2026, with the exception that Plaintiffs' argument that there is subject-matter jurisdiction under the *ultra vires* doctrine is not forfeited.

This Order constitutes a final judgment of the Court within the meaning of Rule 58(a) of the Federal Rules of Civil Procedure.  After docketing Plaintiffs' Amended Complaint, the Clerk is directed to terminate the case.

**SO ORDERED**.

Dated: _____          _____

LOREN L. ALIKHAN
United States District Judge