**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ELVIS RUSNAK, et al., | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 25-CV-292-LLA |
| | ) |
| THE UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## JOINT NOTICE OF APPEAL

Notice is hereby given this 19th day of May 2026, that Plaintiffs, Elvis Rusnak and Clayton Zook, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 24th day of March 2026 in favor of Defendants and against Plaintiffs.

Because Plaintiffs timely filed a motion to alter or amend the judgment under Rule 59, and that motion is pending, this notice of appeal "becomes effective" when the district court's order disposing of that motion is entered. Fed. R. App. P. 4(a)(4)(B)(i). Plaintiffs reserve the right under Rule 4(a)(4)(B)(ii) to amend this notice of appeal after entry of such order.

Dated: May 19, 2026

Respectfully Submitted,
WILLIAMS & CONNOLLY LLP

/s/ F. Greg Bowman
F. Greg Bowman (D.C. Bar No. 486097)
Edward C. Reddington (D.C. Bar No. 463507)
680 Maine Avenue, SW
Washington, DC 20024
fbowman@wc.com
(202) 434-5000

*Attorneys for Plaintiffs*