**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELVIS RUSNAK, et al.,<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES OF AMERICA, et al.,<br>Defendants. | Civil Action No. 25-CV-292-LLA |

## AMENDED JOINT NOTICE OF APPEAL

On May 19, 2026, Plaintiffs Elvis Rusnak and Clayton Zook timely noticed their joint appeal to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 24th day of March 2026 in favor of Defendants and against Plaintiffs.

Notice is hereby given this 12th day of October 2026, that Plaintiffs hereby amend their joint notice of appeal to include a challenge to this Court's Order, entered August 14, 2026, denying Plaintiffs' motions to alter or amend the judgment under Federal Rule of Civil Procedure 59 and to file an amended complaint under Federal Rule of Civil Procedure 15. *See* Fed. R. App. P. 4(a)(4)(B)(ii).

Dated: October 12, 2026

Respectfully Submitted,
WILLIAMS & CONNOLLY LLP

/s/ F. Greg Bowman

F. Greg Bowman (D.C. Bar No. 486097)
Edward C. Reddington (D.C. Bar No. 463507)
680 Maine Avenue, SW
Washington, DC 20024
fbowman@wc.com
(202) 434-5000

*Attorneys for Plaintiffs*